**UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION**

| | |
|---|---|
| ACE MESKIMEN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TROY RAY NAASZ, Individually; HOLLAND ENTERPRISES, INC., a North Dakota Corporation; C & D Enterprises, LLC, a North Dakota Limited Liability Company,<br><br>　　　　Defendants. | Case No. CV-09-23-BU-DWM-RKS<br><br><br>ORDER FOR<br>DISMISSAL WITH PREJUDICE |

　　　　THE COURT, having reviewed the parties Stipulation for Dismissal with Prejudice, and for good cause shown,

　　　　HEREBY DISMISSES this case, with prejudice. Each party shall bear their own costs and fees.

　　　　DATED this 21st day of July, 2010.

　　　　　　　　　　　　　　　　　　　*/s/Keith Strong*
　　　　　　　　　　　　　　　　　　　KEITH STRONG
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE